## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD D. LIEBERMAN<br>McCarthy, Sweeney, & Harkaway, PC<br>2175 K Street, N.W.<br>Suite 600<br>Washington, DC 20037<br><br>       Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF<br>VETERANS AFFAIRS<br>810 Vermont Ave., N.W.<br>Washington, D.C. 20420<br><br>       Defendant. | Civil Action No. 07-cv-01755 (RMC) |

### AFFIDAVIT OF SERVICE

I, Jason D. Morgan, declare under penalty of perjury under the laws of the United States of America that the information contained herein is true and correct. On October 2, 2007, I personally hand delivered a copy of the summons and complaint for the United States Department of Veterans Affairs to their office at 810 Vermont Avenue, N.W., Washington, D.C. 20420 and left them with Theriska Jeter, a staff assistant of the General Counsel's office therein. I am 31 years of age and I am not a party to this case. The associated service cost was $1.35 for metro fare.

Respectfully submitted,

By_____/s/_____
Jason D. Morgan
4510 Riverdale Rd.
Riverdale, MD 20737
Dated: October 5, 2007          Telephone: (805) 901-6938

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| ——————————————————— ) | | |
| RICHARD D. LIEBERMAN ) | | |
| McCarthy, Sweeney, & Harkaway, PC ) | | |
| 2175 K Street, N.W. ) | | |
| Suite 600 ) | | |
| Washington, DC  20037 ) | | |
| ) | | |
| Plaintiff, ) | Civil Action No. 07-cv-1755 (RMC) | |
| ) | | |
| v. ) | | |
| ) | | |
| UNITED STATES DEPARTMENT OF ) | | |
| VETERANS AFFAIRS ) | | |
| 810 Vermont Ave., N.W. ) | | |
| Washington, D.C. 20420 ) | | |
| ) | | |
| Defendant. ) | | |
| ——————————————————— ) | | |

**AFFIDAVIT OF SERVICE**

I, Michael D. Wheatley, declare under penalty of perjury under the laws of the United States of America that the information contained herein is true and correct.  On October 1, 2007, I personally hand delivered a copy of the summons and complaint for the U.S. Attorney for the District of Columbia Jeffrey A. Taylor to his office at 501 3rd Street, N.W., Washington, D.C. 20530 and left them with Lakesha Carroll, a docket clerk therein.  I am 25 years of age and I am not a party to this case.  The associated service cost was $1.35 for metro fare.

Respectfully submitted,

By_____/s/_____
Michael D. Wheatley
1111 N. Randolph St. Apt. 5
Arlington, VA 22201
Dated: October 5, 2007          Telephone: (703) 966-1034

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| _____ )<br>RICHARD D. LIEBERMAN )<br>McCarthy, Sweeney, & Harkaway, PC )<br>2175 K Street, N.W. )<br>Suite 600 )<br>Washington, DC  20037 )<br> )<br>        Plaintiff, )<br> )<br>    v. )<br> )<br>UNITED STATES DEPARTMENT OF )<br>VETERANS AFFAIRS )<br>810 Vermont Ave., N.W. )<br>Washington, D.C. 20420 )<br> )<br>        Defendant. )<br>_____) | Civil Action No. 07-cv-01755 (RMC) |

**AFFIDAVIT OF SERVICE**

I, Jason D. Morgan, declare under penalty of perjury under the laws of the United States of America that the information contained herein is true and correct.  On October 2, 2007, I personally hand delivered a copy of the summons and complaint for the U.S. Attorney General Peter D. Keisler to the U.S. Department of Justice at 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530 and left them with Willo T. Lee, a mailroom clerk therein.  I am 31 years of age and I am not a party to this case.  The associated service cost was $1.35 for metro fare.

Respectfully submitted,

By_____/s/_____
Jason D. Morgan
4510 Riverdale Rd.
Riverdale, MD 20737
Dated: October 5, 2007          Telephone: (805) 901-6938