**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| RICHARD D. LIEBERMAN<br>McCarthy, Sweeney, & Harkaway, PC<br>2175 K Street, N.W.<br>Suite 600<br>Washington, DC 20037<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF<br>VETERANS AFFAIRS<br>810 Vermont Ave., N.W.<br>Washington, D.C. 20420<br><br>      Defendant. | Civil Action No. 07-cv-1755 (RMC) |

**AFFIDAVIT OF SERVICE**

I, Michael D. Wheatley, declare under penalty of perjury under the laws of the United States of America that the information contained herein is true and correct. On October 1, 2007, I personally hand delivered a copy of the summons and complaint for the U.S. Attorney for the District of Columbia Jeffrey A. Taylor to his office at 501 3rd Street, N.W., Washington, D.C. 20530 and left them with Lakesha Carroll, a docket clerk therein. I am 25 years of age and I am not a party to this case. The associated service cost was $1.35 for metro fare.

                                          Respectfully submitted,

                                          By_____/s/_____
                                          Michael D. Wheatley
                                          1111 N. Randolph St. Apt. 5
                                          Arlington, VA 22201
Dated: October 5, 2007                    Telephone: (703) 966-1034