**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| RICHARD D. LIEBERMAN<br>McCarthy, Sweeney, & Harkaway, PC<br>2175 K Street, N.W.<br>Suite 600<br>Washington, DC  20037<br><br>           Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF<br>VETERANS AFFAIRS<br>810 Vermont Ave., N.W.<br>Washington, D.C. 20420<br><br>           Defendant. | Civil Action No. 07-cv-01755 (RMC) |

**AFFIDAVIT OF SERVICE**

I, Jason D. Morgan, declare under penalty of perjury under the laws of the United States of America that the information contained herein is true and correct.  On October 2, 2007, I personally hand delivered a copy of the summons and complaint for the U.S. Attorney General Peter D. Keisler to the U.S. Department of Justice at 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530 and left them with Willo T. Lee, a mailroom clerk therein.  I am 31 years of age and I am not a party to this case.  The associated service cost was $1.35 for metro fare.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | By_____/s/_____<br>Jason D. Morgan<br>4510 Riverdale Rd.<br>Riverdale, MD 20737 |
| Dated: October 5, 2007 | Telephone: (805) 901-6938 |