IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RICHARD D. LIEBERMAN**  <br><br>**Plaintiff,**<br><br>V.<br><br>**U.S. DEPARTMENT OF VETERANS AFFAIRS**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>) Civil Action No. 07-1755 (RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

In accordance with Federal Rule of Civil Procedure 6(b)(1), defendant, Department of Veterans Affairs by and through undersigned counsel, respectfully requests that the Court extend the time by which the defendant shall respond to Plaintiff's Complaint, two business-days, until November 2, 2007. The answer is otherwise due on Wednesday, October 31, 2007. This is defendant's first request for an extension to answer or otherwise plead. Although plaintiff is proceeding *pro se*, Local Rule 7(m) does not apply to this motion, however, defendant made an attempt to contact him to determine his position on this motion, but was not able to reach him for his position on this motion. See Local Civil Rule 7(m).

The plaintiff brought this FOIA action against the Department of Veterans Affairs. This extension will allow counsel for Defendant to properly confer with the Department, to finalize its

investigation of his claims and complete review all of the facts and circumstances surrounding the allegations in the complaint.

Accordingly, the Defendant's request for an extension of time until November 2, 2007, to respond to Plaintiff's Complaint, is made for good cause shown and not to cause undue delay of the proceedings.

Respectfully submitted,

/s/
_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530
(202) 305-1334

Counsel for Defendant