UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **RICHARD D. LIEBERMAN** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | Civil Action No. 07-1755 (RMC) |
| V. | ) | |
| | ) | |
| **U.S. DEPARTMENT OF VETERANS AFFAIRS** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF FILING

Now comes Defendant and hereby files the attached Certificate of Service indicating that on October 31, 2007, service of Defendant's first Request for an Extension of Time was made upon Plaintiff, Richard D. Lieberman.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/

HEATHER GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW - Civil Division
Rm. 4-4808
Washington, D.C.  20530
(202) 305-1334

## CERTIFICATE OF SERVICE

I certify that Defendant's First Request For An Extension of Time to Answer the Complaint was served upon Plaintiff by depositing a copy in the U.S. Mail, first class postage prepaid, addressed to:

>Richard D. Lieberman
>Suite 600
>McCarthy, Sweeney & Harkaway, P.C.
>2175 K street, NW
>Washington, DC 20037

on this 31st day of October 2007.

/s/
_____
HEATHER GRAHAM-OLIVER
Assistant United States Attorney