IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RICHARD D. LIEBERMAN** | ) <br> ) <br> ) |
| **Plaintiff,** | ) <br> ) Civil Action No. 07-1755 (RMC) |
| V. | ) <br> ) |
| **U.S. DEPARTMENT OF VETERANS AFFAIRS** | ) <br> ) <br> ) |
| **Defendant.** | ) <br> ) |

## DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

### First Defense

The defendant has not wrongfully withheld documents under the Freedom Of Information Act (FOIA), 5 U.S.C. § 552; rather, defendant has asserted exemption 4 pursuant to the FOIA for the withholding of various documents and as a result, is required to comply with 38 C.F.R. ¶ 1.554a (c) (d) & (f) prior to a final decision.

### Second Defense

In response to the numbered paragraphs of the complaint, the defendant responds as follows:

1.   This paragraph contains plaintiff's characterization of this lawsuit to which no response is required. To the extent a response is deemed necessary, it is admitted.

    2.    Admitted.

    3.    Admitted, except to deny that records have been "improperly withheld."

    4.    The defendant admits only that it is an agency of the United States and has in its possession documents responsive to plaintiff's FOIA request.

    5.    Admitted.

    6.    Admitted.

    7.    The defendant admits that plaintiff appealed to the General Counsel of the Veterans Administration by virtue of 5 U.S.C. 552(a)(6)(A)(ii). The defendant admits that it responded to plaintiff's FOIA request in a September 11, 2007 letter. The Court is directed to the full text of the letter for a complete and accurate statement of its content and import. The defendant denies that it has not provided responsive documents in that 220 responsive documents were provided. The defendant avers that it is in the process of complying with 38 C.F.R. 1.554a (c) (d) & (f), and that as a result, it admits to not producing the remaining 10 responsive documents.

    8.    Admitted.

    9.    The defendant admits that it has not yet made a decision or provided the remaining 10 responsive documents. However, the defendant avers that it is in the process of complying with 38 C.F.R. ¶ 1.554a (c) (d) & (f).

    10.    Denied.

The remainder of the complaint is plaintiff's request for relief. The defendant denies that

the plaintiff is entitled to the relief requested or to any relief whatsoever.

Respectfully submitted,

/s/
_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____/s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 305-1334

Counsel for Defendant

Of Counsel:
JANET LEMONS
United States Department
of Veterans Affairs

## **CERTIFICATE OF SERVICE**

I certify that Defendant's Answer to the Plaintiff's Complaint was served upon Plaintiff by depositing a copy in the U.S. Mail, first class postage prepaid, addressed to:

Richard D. Lieberman, Esq.
Suite 600
McCarthy, Sweeney & Harkaway, P.C.
2175 K street, NW
Washington, DC 20037

on this 2nd day of November 2007.

/s/
_____
HEATHER GRAHAM-OLIVER
Assistant United States Attorney