**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RICHARD D. LIEBERMAN, Plaintiff, v. UNITED STATES DEPARTMENT OF VETERANS AFFAIRS Defendant. | Civil Action No. 07-1755 (RMC) |

## JOINT MOTION FOR STAY

Plaintiff and Defendant jointly file the following motion for stay based on the release of documents made by Defendant as a result of the FOIA request at issue in this case. Plaintiff examined the documents and believes there may be certain documents that were inadvertently omitted. Defendant agrees to re-examine its records and furnish by January 25, 2008 any documents that were inadvertently omitted in its response.

Accordingly, the parties therefore request a stay in this case until January 25, 2008. An order consistent with this motion is attached.

Respectfully Submitted,

/s/ Heather D. Graham-Oliver
HEATHER D. GRAHAM-OLIVER
Assistant U.S. Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530
(202) 305-1334

/s/ Richard D. Lieberman
RICHARD D. LIEBERMAN
D.C. BAR # 419303
McCarthy, Sweeny & Harkaway, P.C.
2175 K. Street, N.W., Suite 600
Washington, DC 20037
(202) 775-5560

Dated: January 11, 2007

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

RICHARD D. LIEBERMAN

Plaintiff,

v.

UNITED STATES DEPARTMENT OF VETERANS AFFAIRS

Defendant.

Civil Action No. 07-1755 (RMC)

**ORDER**

Upon consideration of the parties' Joint Motion for Stay, it is by the Court this 11th day of January, 2008 hereby,

ORDERED, that the parties' motion is GRANTED; and it is further

ORDERED, that Defendant shall submit to Plaintiff all inadvertently omitted documents by January 25, 2008.

______________________________
United States District Court Judge

Copies to:
Parties via ECF