IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD D. LIEBERMAN ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 07-1755 (RMC) |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES DEPARTMENT OF ) VETERANS AFFAIRS ) | |
| ) | |
| Defendant. ) | |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby dismiss this action, with prejudice. The Government has produced the documents sought.

Respectfully Submitted,

/s/ Heather D. Graham-Oliver
HEATHER D. GRAHAM-OLIVER
Assistant U.S. Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530
(202) 305-1334

 /s/ Richard D. Lieberman
RICHARD D. LIEBERMAN
D.C. BAR # 419303
McCarthy, Sweeney & Harkaway, P.C.
2175 K. Street, N.W., Suite 600
Washington, DC 20037
(202) 775-5560

Dated: January 24, 2007